WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 FEB 28 15:05USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MACK ADKINS,**                                               CV # 04-1150-HO

  Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

  Attorney fees in the amount of $5,800.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

  DATED this 28th day of Feb, 2006.

  _____
  United States District Judge

Submitted on February 16, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1